UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:24-CV-331-CRS

ANTONIO LEE O'BANNON                                                                           PLAINTIFF

v.         **<u>RESPONSE TO ORDER REGARDING SERVICE (DN 12)</u>**

K.C.P.C., et al.                                                                      DEFENDANTS

      Comes the Kentucky Department of Corrections, by counsel, and in response to the Court's Order regarding service (DN 12) states that this office is not representing Ron Jackson in this action. In response to the portion of the order directing General Counsel to provide a forwarding or last known address for the Defendant, the Department of Corrections states that Ron Jackson is not an employee of the Kentucky Department of Corrections. K.C.P.C. is not owned or operated by the Kentucky Department of Corrections. K.C.P.C. is a division of the Cabinet for Health and Family Services. Therefore, the Kentucky Department of Corrections does not have any information about the employees of K.C.P.C. and cannot provide a forwarding or last known address for the Defendant.

                                                  Respectfully submitted,

                                                  */s/ Allison R. Brown*

                                                  ALLISON R. BROWN (#91510)
                                                  DEPARTMENT OF CORRECTIONS
                                                  Office of Legal Services
                                                  P.O. Box 2400
                                                  Frankfort, KY 40602-2400
                                                  Phone: (502) 564-4726 Ext. 22336
                                                  Fax: (502) 564-5037
                                                  E-Mail: allison.brown@ky.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on December 23, 2024, I electronically filed this document with the Court by using the CM/ECF system. I further certify that I mailed this document first class, postage prepaid to the following non-CM/ECF participants:

Antonio O'Bannon
KCPC
1012 Dawkins Road
LaGrange, KY 40031

                                        */s/ Allison R. Brown*

                                        COUNSEL FOR KENTUCKY DEPARTMENT OF CORRECTIONS